# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SINGER ASSET FINANCE COMPANY, LLC,**

      **Plaintiff,**

  v.                                              **Case No.:  2:13-cv-638**
                                                      **JUDGE GEORGE C. SMITH**
                                                      **Magistrate Judge Abel**

**KELLY CASSIDY-ELLIOTT,** *et al.***,**

      **Defendants.**

## ORDER

      This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on September 30, 2014.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The settlement reached during the mediation is hereby approved.  The parties shall submit a dismissal entry within thirty days of the date of this Order.

      The Clerk shall remove Document 32 from the Court's pending motions list.

      **IT IS SO ORDERED.**

                                                    */s/ George C. Smith*
                                                   **GEORGE C. SMITH, JUDGE**
                                                   **UNITED STATES DISTRICT COURT**